UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RAVINDER SINGH                                                                                    PETITIONER

V.                                                                CIVIL ACTION NO. 5:20-CV-55-DPJ-MTP

SHAWN R. GILLIS                                                                               RESPONDENT

ORDER

Petitioner Ravinder Singh filed a petition for a writ of habeas corpus on March 4, 2020. When he filed his petition, Singh was being held at Adams County Correction Center in Washington, Mississippi. Pet. [1] at 1. He was subsequently transferred to Prairieland Detention Center in Alvarado, Texas. *See* Change of Address [11]. Singh challenges his immigration detention, arguing that he "has been in post-removal ICE Detention in excess of six months" and "[n]o special circumstances exist to continued detention."[1] Pet. [1] at 2.

On June 17, 2020, Respondent Shawn R. Gillis filed a motion to dismiss Singh's petition, asserting that Singh "was removed to his home country" and "is no longer within [Gillis]'s custody." Mot. [12] at ¶ 2. The motion is supported by a declaration from the removing officer, Jose N. Benavidez, who attests that "On May 18, 2020, [Singh] was booked out of the Prairieland Detention Center and was Removed to India[.]" Benavidez Decl. [12-1] at ¶ 3. Unsurprisingly, when Gillis attempted to serve Singh with the motion, the mail was returned as undeliverable.[2] Return [13].

On July 6, 2020, United States Magistrate Judge Michael T. Parker issued a Report and Recommendation (R&R) recommending that Respondent's motion be granted and the Petition

---

[1] A removal order was issued on July 17, 2019. Pet. [1] at 2.

[2] The Order reassigning this case from United States District Judge David C. Bramlette to this Court was likewise returned as undeliverable. Return [16].

be dismissed because Singh was deported.  R&R [15] at 1.  Objections were due by July 20, 2020, but none have been filed as of the date of this Order.

The Court finds that the R&R [15] should be adopted as the opinion of the Court; the petition is dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 31st day of July, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE